# United States Court of Appeals for the Federal Circuit

---

**VERSATA SOFTWARE, LLC, TRILOGY SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., TRILOGY, LLC,**
*Plaintiffs-Appellants*

**v.**

**FORD MOTOR COMPANY,**
*Defendant-Cross-Appellant*

---

2024-1140, 2024-1206, 2024-1234

---

Appeals from the United States District Court for the Eastern District of Michigan in No. 2:15-cv-10628-MFL-EAS, Judge Matthew F. Leitman.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

May 22, 2026
Date

Jarrett B. Perlow
Clerk of Court