NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERSATA SOFTWARE, LLC., FKA TRILOGY SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., TRILOGY, LLC.,**
*Plaintiffs-Appellants*

**v.**

**FORD MOTOR COMPANY,**
*Defendant-Cross-Appellant*

---

2024-1140, 2024-1206, 2024-1234

---

Appeals from the United States District Court for the Eastern District of Michigan in No. 2:15-cv-10628-MFL-EAS, Judge Matthew F. Leitman.

---

**ON PETITION FOR PANEL REHEARING**

---

Before MOORE, *Chief Judge*, TARANTO and HUGHES, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Ford Motor Company filed a combined petition for rehearing en banc. ECF No. 70. A response to the petition

was invited by the court and filed by Trilogy, LLC, Versata Software, LLC and Versata Development Group, Inc. ECF No. 75. The petition and response were first referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for panel rehearing is granted to the extent reflected in Part II(B) of the modified opinion and judgment accompanying this order but denied in all other respects.

(2) The precedential opinion and judgment issued on May 22, 2026, are withdrawn and replaced with the modified opinion and judgment.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 10, 2026
Date